My Name is Edwin Ross case
Number 1:11CR10029-01. I'm Not
good At writing letters. Even thought
About Asking somebody to do it for
Me but I'm going to try my best.
I was Incarcerated on A 10
year sentence for gun poss.
And Marijuana delivery charge.
I did 8 years and 6 month
halfway house. I've been out
over two years. I've been
Employed the Entire time
I've been out And haven't
broken Any rules. I went to
Pine Bluff Truck Driving school
And graduate. I've been driving
ever since. I now work for
GFL been there Almost 6
months. I started out hauling
wood chips. Then went to work
for ~~the city~~ Union County. I left
there And went to GFL for
higher pay. Getting my CDL's
was the best thing that ever
happen to Me. It opened up so
Many doors. I've been in trouble



most of my life. Getting my CDL's changed and saved my life. I now have a skill. Something I never had. And it feels so good. That I can now make it in life and my family can see me do more than get in trouble. I now have a different outlook on life. I'm not the same person I use to be. I tired of being in trouble, prison or jail. I've done that most of my lif. I now just want to put it all behind me and try living the right way. Like a normal person. A regular citizen. I just want to put all this behind me and live and enjoy life. Since I been out my mom died but before she left she finally seen me on the right path. To go back to my old life would kill her again and that would kill me knowing I disappointed her again. I know I'm a changed man. I just want to put all the bad behind me and do good. This is my request for early termination of supervised release.